IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Eloy Perez , Plaintiff(s), v. Taqueria Los Gallos, Defendant(s). | Case No. 16-cv-10482 Judge Sara L. Ellis |

## **ORDER**

Enter Order. Joint motion for court approval of settlement and dismissal of all claims [49] is granted. The Court grants the Parties Joint Motion, hereby approves of the Parties settlement, and dismisses Plaintiffs First Amended Complaint without prejudice and Defendants Counterclaim without prejudice, with each party to bear its own attorneys fees and costs except as otherwise agreed, and with leave to file a motion to reinstate the case if settlement is not implemented by September 30, 2018. If no motion to reinstate this case is filed by September 30, 2018, then Plaintiffs First Amended Complaint shall be dismissed with prejudice and Defendants Counterclaim shall be dismissed with prejudice without any further action by the Parties. The date of June 14, 2018 for the presentment of the parties Joint Motion and the status hearing of June 20, 2018 are stricken.

Date: 6/13/2018                                             /s/ Sara L. Ellis, U.S. District Court